UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>vs<br><br>WILLS ENTERPRISES, L.P., *et al*,<br><br>    Defendants | **NEW CASE NO.   1:13-cv-00259-BAM**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:13-cv-00259 AWI-BAM |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge BARBARA A. MCAULIFFE as Presiding Judge of the above entitled action.  Plaintiff Natividad Gutierrez and Defendant David Lai filed their consents on May 16, 2013. (Docs. 14, 15), Defendant Wills Enterprises, L.P. filed its consent on May 17, 2013 (Doc. 16) under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

All future pleadings shall be numbered as follows:

**1:13-cv-00259 BAM**

IT IS SO ORDERED.

Dated:   May 21, 2013

                            SENIOR  DISTRICT  JUDGE