1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>            Plaintiff,<br><br>       vs.<br><br>WILLS ENTERPRISES, L.P., et al.,<br><br>            Defendants.<br><br>_____<br><br>AND RELATED CROSS-CLAIM.<br>_____ | No. 1:13-cv-00259-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff"), Defendant/Cross-Claimant David Lai, dba Sunrise Kitchen, and Defendant/Cross-Defendant Wills Enterprises, L.P., a California Limited Partnership (collectively "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action, including the related cross-claim, be dismissed with prejudice.

   IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce

the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: October 7, 2013                              MOORE LAW FIRM, P.C.

                                                   */s/ Tanya E. Moore*
                                                   Tanya E. Moore
                                                   Attorneys for Plaintiff
                                                   Natividad Gutierrez

Date: October 7, 2013                              COOPER & COOPER

                                                   */s/ Joseph D. Cooper*
                                                   Joseph D. Cooper
                                                   Attorneys for Defendant/Cross-Claimant David Lai, dba Sunrise Kitchen, and Defendant/Cross-Defendant Wills Enterprises, L.P., a California Limited Partnership

/./././

/./././

STIPULATION FOR DISMISSAL OF ACTION; ORDER

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. This action, including the related cross-claim, is DISMISSED WITH PREJUDICE;

2. The Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement; and

3. Plaintiff's Motion to Amend the Complaint (Doc. 22) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **October 7, 2013**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE